IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   10 B 49993 |
| MAXIM'S RESTAURANT, INC., | ) | Honorable A. Benjamin Goldgar |
| | ) | Motion Date: August 24, 2011 |
| Reorganized Debtor. | ) | Motion Time:  10:00 a.m. |

## NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on August 24, 2011, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF FINAL DECREE ORDER** shall be heard by the Honorable Judge A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

## AFFIDAVIT OF SERVICE

I, Beverly A. Berneman, an attorney, certify that I caused the foregoing Notice of Motion and Motion for Entry of Final Decree Order to be served upon the parties who receive notice via CM/ECF filing and those who receive notice via First Class Mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on August 17, 2011.

/s/*Beverly A. Berneman*
Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

1

# SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St
Chicago, IL 60604

D. Patrick Mullarkey
Tax Division (DOJ)
PO Box 55
Ben Franklin Station
Washington, DC 20044
 (*Contested Matters)

IL Dept. of Employment Security
33 S. State Street
Chicago, IL 60603

Alpha Baking Company
36230 Treasury Center
Chicago, IL 60694

ComEd
PO Box 87522
Chicago, IL 60680

Empire Cooler Service
940 W. Chicago Ave.
Chicago, IL 60642

Fresh Start Produce
1250 West 42nd St.
Chicago, IL 60609

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606

United States Attorney
219 S. Dearborn Street
Chicago, IL 60604

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601

Inland Bank & Trust
c/o William J. McKenna
Foley & Lardner LLP
321 N. Clark Street, Suite 2800
Chicago, IL 60654-5313

Christ Demos
1000 Lake Shore Plaza
Unit 13B
Chicago, IL 60611

Devanco Foods, Inc.
2055 Lunt Avenue
Elk Grove Village, IL 60007

Farmers Insurance Group
c/o Alan A. Candos Ins Agcy Inc.
8104 W 119th St.
Palos Park, IL 60464

Herschel Nelson
Phone Services
215 Plymouth Lane
Bolingbrook, IL 60440

Flood Brothers Disposal
17 W. 697 Butterfield Rd.
Suite E
Oakbrook Terrace, IL 60181

Hartford Fire Insurance Company
Bankruptcy Unit T-1-55
Hartford Plaza
Hartford, CT 06115

PB Produce
7922 W. Fletcher Ave.
Elmwood Park, IL 60707

Roins Produce Co.
2300 W. Lake St.
Chicago, IL 60612

TriMark Marlinn
6100 W. 73rd St., Ste. 1
Suite 1
Chicago, IL 60638

United Food Service
c/o Law Offices of Joel Cardis, LLC
2006 Swede Rd., Ste. 100
E. Norriton, PA 19401

A New Dairy, Inc.
1234 W. Randolph
Chicago, IL 60607

ABC/Amega Inc.
1100 Main Street
Buffalo, NY 14209

Bahramis & Co.
236 Waukegan Road
Glenview, IL 60025

High Tech Mechanical & Refrigeration
3253 Sprucewood Ln.
Wilmette, IL 60091

Mark's Wholesale Meats, Inc.
935 Fulton St.
Chicago, IL 60607

Robert J. Weber
5406 W. Devon Ave.
Chicago, IL 60646

Supreme Lobster
220 E. North Ave.
Villa Park, IL 60181

U.S. Foodservice, Inc.
c/o Jay K. Levy & Assoc.
PO Box 1181
Evanston, IL 60201

20 North Clark Street, LLC
c/o Patrick B. Howell, Michael Gosman
Whyte Hirschboeck Dudek S.C.
555 East Wells St., Suite 1900
Milwaukee, WI 53202

A&R Diagnostic Service, Inc.
19 W 231 Landsfield Pl.
Downers Grove, IL 60516

Avaya Inc.
14400 Hertz Quail Spring Pkwy
Oklahoma City, OK 73134

Farmer Bros. Co.
PO Box 934237
Atlanta, GA 31193

3

Life Tech Inc.
3149 Glenwood Dyer Road
Lynwood, IL 60411

James Verros
c/o Marquette Inn Restaurant
60 W. Adams
Chicago, IL 60603

Orkin
200 Howard Ave.
Ste. 236
Des Plaines, IL 60018

Retail Business Supplies
6 Davies Lane
Plattsburgh, NY 12901

Maxim's Restaurant, Inc.
c/o Christ Demos
1000 Lake Shore Plaza
Unit 13B
Chicago, IL 60611

Fire Science Techniques Ltd.
PO Box 217
Oak Forest, IL 60452

Muzak OA
3318 Lakemont Blvd
Fort Mill, SC 29708

Performance Chemical & Supply Inc.
22137 S. Govenors Hwy
Richton Park, IL 60471

Veterans Linen Supply Co.
627 S. 89th St.
Milwaukee, WI 53214

SYSCO Food Services - Chicago, Inc
250 Wieboldt Drive
Des Plaines, IL 60016

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No.   10 B 49993 |
| **MAXIM'S RESTAURANT, INC.,** | ) | Honorable A. Benjamin Goldgar |
| | ) | Motion Date: August 24, 2011 |
| **Reorganized Debtor.** | ) | Motion Time: 10:00 a.m. |

**MOTION FOR ENTRY OF
FINAL DECREE ORDER**

Debtor, MAXIM'S RESTAURANT, INC. ("Reorganized Debtor") by and through its counsel, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and respectfully represents to the Court as follows:

1. On November 8, 2010, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On June 22, 2011, this Court entered an order confirming Plan of Reorganization Dated March 28, 2011 as amended on April 28, 2011 which provides for a distribution of 15% *pro rata* to unsecured creditors.

3. Debtor has made initial distributions under the plan. Debtor has filed a report of distribution prior to the hearing on this motion.

4. There are no further matters for this Court to administer.

WHEREFORE, Debtor, MAXIM'S RESTAURANT, INC, prays as follows:

A. That this Court enter a final decree order; and

1

  B.  For such other and further relief as this Court deems just and proper.

              MAXIM'S RESTAURANT, INC.,


              /s/ *Beverly A. Berneman*_____
              Beverly A. Berneman
              One of its attorneys



Robert R. Benjamin (ARDC #0170429)
Beverly A. Berneman (ARDC # 06189418)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300

2