## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.   10 B 49993 |
| MAXIM'S RESTAURANT, INC., | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| Reorganized Debtor. | ) | |

## FINAL DECREE

THIS CAUSE COMING ON TO BE HEARD on motion of Debtor, MAXIM'S RESTAURANT, INC. ("Reorganized Debtor") for entry of a final decree order, the Reorganized Debtor and the Court being duly advised in the premises:

THE REORGANIZED DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On November 8, 2010, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On June 22, 2011, this Court entered an order confirming Plan of Reorganization Dated March 28, 2011 as amended on April 28, 2011 which provides for a distribution of 15% *pro rata* to unsecured creditors.

3. Debtor has made initial distributions under the plan.

4. Debtor has filed a final report of distribution.

5. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

This estate is closed.

DATED: **24 AUG 2011**    ENTER: _____
U.S. Bankruptcy Judge

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300